FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  JEANEL N ROMAN  
    28 TAPPAN AVENUE  
    BELLEVILLE, NJ  07109

Atty:  FITZGERALD & ASSOCIATES PC  
    649 NEWARK AVE  
    JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-14013

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,460.00**

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/20/2022 | $485.00 | 8537822000 | 07/11/2022 | $485.00 | 8579831000 |
| 09/01/2022 | $485.00 | 8681664000 | 09/27/2022 | $485.00 | 8730510000 |
| 10/24/2022 | $485.00 | 8782066000 | 11/21/2022 | $485.00 | 8836964000 |
| 12/27/2022 | $485.00 | 8900283000 | | | |

**Total Receipts: $3,395.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,395.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 147.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,788.72 | 961.28 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,204.78 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 11,335.22 | * | 0.00 | |
| 0006 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,900.14 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,167.25 | * | 0.00 | |
| 0011 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,039.26 | * | 0.00 | |
| 0014 | CAVALRY SPV I LLC | UNSECURED | 780.45 | * | 0.00 | |
| 0015 | LA FITNESS PERSONAL TRAINER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,496.34 | * | 0.00 | |
| 0019 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,083.00 | * | 0.00 | |

Chapter 13 Case # 22-14013

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | PNC BANK NA | MORTGAGE ARRE | 98.69 | 100.00% | 0.00 | |
| 0025 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,527.43 | * | 0.00 | |
| 0028 | SYNCHRONY BANK | UNSECURED | 440.60 | * | 0.00 | |
| 0029 | QUANTUM3 GROUP LLC | UNSECURED | 951.52 | * | 0.00 | |
| 0030 | TANNER HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | TD BANK USA/TARGETCRED | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | AT&T DIGITAL LIFE HOME SECURITY | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | AIDVANTAGE | UNSECURED | 17,173.40 | * | 0.00 | |
| 0038 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | NISSAN-INFINITI LT | VEHICLE SECURE | 790.00 | 100.00% | 0.00 | |
| 0041 | ECMC | UNSECURED | 1,108.28 | * | 0.00 | |

**Total Paid: $2,936.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $3,395.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,936.68    =    Funds on Hand: $458.32

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.