UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 22-14013
Chapter: 13
Adv. No.:
Hearing Date:
Judge: GAMBARDELLA

In Re: Jeanel N. Roman

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Jeanel N. Roman__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 01, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   · Order Respecting Amendment to Schedule F; Amendment to Schedule E/F; Chapter 13 Plan; Notice of Creditors Meeting; Notice of Confirmation Hearing; Order Confirming Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 01, 2023

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeanel N Roman<br>28 Tappan Avenue<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Belleville Board of Education<br>Food Service<br>56 Ralph Street<br>Belleville NJ 07109 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Essex County Division of<br>Family Assistance & Benefits<br>50 South Clinton Street<br>East Orange NJ 07018 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| North Bergen Municipal Court<br>4225 Bergen Turnpike<br>North Bergen NJ 07047 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |