Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−14013−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jeanel N Roman
    28 Tappan Avenue
    Belleville, NJ 07109

Social Security No.:
    xxx−xx−5178

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/7/24 at 10:00 AM

to consider and act upon the following:

*30* − Objection to Application for Compensation (related document:29 Application for Compensation for Nicholas Fitzgerald, Debtor's Attorney, period: to, fee: $842.00, expenses: $0.00. Filed by Nicholas Fitzgerald. Objection deadline is 12/28/2023. (Attachments: # 1 Attorney's Certification in Support of Fee Application # 2 Certification of Service # 3 Proposed Order) filed by Debtor Jeanel N Roman) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/27/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court