FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

Re:  JEANEL N ROMAN  
28 TAPPAN AVENUE  
BELLEVILLE,  NJ  07109

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-14013

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $17,460.00**

### RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/20/2022 | $485.00 | 8537822000 | 07/11/2022 | $485.00 | 8579831000 |
| 09/01/2022 | $485.00 | 8681664000 | 09/27/2022 | $485.00 | 8730510000 |
| 10/24/2022 | $485.00 | 8782066000 | 11/21/2022 | $485.00 | 8836964000 |
| 12/27/2022 | $485.00 | 8900283000 | 02/01/2023 | $485.00 | 8971690000 |
| 02/13/2023 | $485.00 | 8995913000 | 03/08/2023 | $485.00 | 9043248000 |
| 04/17/2023 | $485.00 | 9115756000 | 05/22/2023 | $485.00 | 9178695000 |
| 07/10/2023 | $485.00 | 9265571000 | 07/31/2023 | $485.00 | 9300819000 |
| 09/05/2023 | $485.00 | 9362483000 | 09/25/2023 | $485.00 | 9396611000 |
| 10/30/2023 | $485.00 | 9453454000 | 12/04/2023 | $485.00 | 9514424000 |

**Total Receipts: $8,730.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,730.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AIDVANTAGE | | | | | | |
| | 06/12/2023 | $103.60 | 911,575 | 07/17/2023 | $106.38 | 913,087 |
| | 08/14/2023 | $106.38 | 914,603 | 09/18/2023 | $106.38 | 916,104 |
| | 10/16/2023 | $106.38 | 917,600 | 11/13/2023 | $106.38 | 919,028 |
| | 12/11/2023 | $104.70 | 920,450 | | | |
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 06/12/2023 | $43.46 | 911,592 | 07/17/2023 | $44.64 | 913,105 |
| | 08/14/2023 | $44.63 | 914,621 | 09/18/2023 | $44.63 | 916,122 |
| | 10/16/2023 | $44.62 | 917,615 | 11/13/2023 | $44.63 | 919,045 |
| | 12/11/2023 | $43.93 | 920,467 | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 06/12/2023 | $68.38 | 911,659 | 07/17/2023 | $70.21 | 913,180 |
| | 08/14/2023 | $70.22 | 914,698 | 09/18/2023 | $70.22 | 916,194 |
| | 10/16/2023 | $70.22 | 917,676 | 11/13/2023 | $70.22 | 919,114 |
| | 12/11/2023 | $69.04 | 920,532 | | | |

**Chapter 13 Case # 22-14013**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | | |
| | 07/17/2023 | $9.54 | 913,198 | | 09/18/2023 | $9.67 | 916,210 |
| | 11/13/2023 | $9.67 | 919,135 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/12/2023 | $15.06 | 911,757 | | 07/17/2023 | $15.46 | 913,278 |
| | 08/14/2023 | $15.46 | 914,796 | | 09/18/2023 | $15.46 | 916,292 |
| | 10/16/2023 | $15.47 | 917,769 | | 11/13/2023 | $15.46 | 919,216 |
| | 12/11/2023 | $15.23 | 920,632 | | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 06/12/2023 | $78.66 | 911,768 | | 07/17/2023 | $80.77 | 913,288 |
| | 08/14/2023 | $80.77 | 914,806 | | 09/18/2023 | $80.77 | 916,301 |
| | 10/16/2023 | $80.78 | 917,778 | | 11/13/2023 | $80.77 | 919,225 |
| | 12/11/2023 | $79.42 | 920,640 | | | | |
| ECMC | | | | | | | |
| | 06/12/2023 | $6.69 | 911,785 | | 07/17/2023 | $6.86 | 913,307 |
| | 08/14/2023 | $6.87 | 914,824 | | 09/18/2023 | $6.87 | 916,319 |
| | 10/16/2023 | $6.86 | 917,796 | | 11/13/2023 | $6.87 | 919,243 |
| | 12/11/2023 | $6.75 | 920,655 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 06/12/2023 | $18.60 | 8,003,528 | | 07/17/2023 | $19.09 | 8,003,583 |
| | 08/14/2023 | $19.10 | 8,003,640 | | 09/18/2023 | $19.10 | 8,003,693 |
| | 10/16/2023 | $19.09 | 8,003,752 | | 11/13/2023 | $19.10 | 8,003,809 |
| | 12/11/2023 | $18.80 | 8,003,863 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 06/12/2023 | $17.50 | 911,355 | | 06/12/2023 | $13.07 | 911,355 |
| | 07/17/2023 | $17.96 | 912,872 | | 07/17/2023 | $13.43 | 912,872 |
| | 08/14/2023 | $17.96 | 914,392 | | 08/14/2023 | $13.42 | 914,392 |
| | 09/18/2023 | $17.96 | 915,886 | | 09/18/2023 | $13.42 | 915,886 |
| | 10/16/2023 | $17.97 | 917,387 | | 10/16/2023 | $13.43 | 917,387 |
| | 11/13/2023 | $17.96 | 918,813 | | 11/13/2023 | $13.42 | 918,813 |
| | 12/11/2023 | $17.69 | 920,236 | | 12/11/2023 | $13.22 | 920,236 |
| NISSAN-INFINITI LT | | | | | | | |
| | 04/17/2023 | $775.16 | 909,008 | | 06/12/2023 | $14.84 | 912,066 |
| PNC BANK NA | | | | | | | |
| | 04/17/2023 | $96.84 | 908,391 | | 06/12/2023 | $1.85 | 911,473 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 06/12/2023 | $63.51 | 912,128 | | 07/17/2023 | $65.21 | 913,641 |
| | 08/14/2023 | $65.21 | 915,147 | | 09/18/2023 | $65.21 | 916,652 |
| | 10/16/2023 | $65.21 | 918,121 | | 11/13/2023 | $65.21 | 919,563 |
| | 12/11/2023 | $64.18 | 920,960 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/12/2023 | $5.74 | 8,003,537 | | 07/17/2023 | $5.90 | 8,003,594 |
| | 08/14/2023 | $5.89 | 8,003,649 | | 09/18/2023 | $5.89 | 8,003,703 |
| | 10/16/2023 | $5.90 | 8,003,772 | | 11/13/2023 | $5.89 | 8,003,817 |
| | 12/11/2023 | $5.81 | 8,003,869 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 07/17/2023 | $5.39 | 913,935 | | 09/18/2023 | $5.46 | 916,945 |
| | 11/13/2023 | $5.45 | 919,821 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 528.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-14013**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 7,204.78 | * | 310.54 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 11,335.22 | * | 488.51 | |
| 0006 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,900.14 | * | 125.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,167.25 | * | 93.41 | |
| 0011 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 13,039.26 | * | 561.94 | |
| 0014 | CAVALRY SPV I LLC | UNSECURED | 780.45 | * | 28.88 | |
| 0015 | LA FITNESS PERSONAL TRAINER | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,496.34 | * | 107.60 | |
| 0019 | MISSION LANE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,083.00 | * | 132.88 | |
| 0024 | PNC BANK NA | MORTGAGE ARRE | 98.69 | 100.00% | 98.69 | |
| 0025 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 10,527.43 | * | 453.74 | |
| 0028 | SYNCHRONY BANK | UNSECURED | 440.60 | * | 16.30 | |
| 0029 | QUANTUM3 GROUP LLC | UNSECURED | 951.52 | * | 41.02 | |
| 0030 | TANNER HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | TD BANK USA/TARGETCRED | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | AT&T DIGITAL LIFE HOME SECURITY | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | DEPT OF ED/AIDVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | AIDVANTAGE | UNSECURED | 17,173.40 | * | 740.20 | |
| 0038 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | NISSAN-INFINITI LT | VEHICLE SECURE | 790.00 | 100.00% | 790.00 | |
| 0041 | ECMC | UNSECURED | 1,108.28 | * | 47.77 | |
| 0042 | BELLEVILLE BOARD OF EDUCATION FOO | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | ESSEX COUNTY DIVISION OF FAMILY AS | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | NORTH BERGEN MUNICIPAL COURT | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $8,315.16**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $8,730.00      -      Paid to Claims: $4,036.48      -      Admin Costs Paid: $4,278.68      =      Funds on Hand: $899.84

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.