|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicing agent for Nissan-Infinity LT LLC fka Nissan-Infiniti LT* | Order Filed on January 26, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jeanel N Roman<br><br>                             Debtor. | Chapter: 13<br><br>Case No.: 22-14013-RG<br><br>Hearing Date: January 17, 2024<br><br>Judge Rosemary Gambardella |

### ORDER GRANTING MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 26, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicing agent for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted, and the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2020 Nissan Rogue, VIN: 5N1AT2MV6LC721306**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 22-14013-RG
Jeanel N Roman                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin            Page 1 of 1
Date Rcvd: Jan 26, 2024        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanel N Roman, 28 Tappan Avenue, Belleville, NJ 07109-2668 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
     on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Nicholas Fitzgerald
     on behalf of Debtor Jeanel N Roman fitz2law@gmail.com nadiafinancial@gmail.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5