UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq. NF6129
Fitzgerald & Associates P.C.
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Counsel for Debtor

In Re:

Jeanel Roman

Case No.: 22-14013

Chapter: 13

Hearing Date: February 7, 2024

Judge: Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Docket Entry No. 29 - Application for Compensation

Date: 1/30/2024

Signature

*rev.8/1/15*