UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

Order Filed on February 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeanel Roman

Case No.: 22-14013-RG

Chapter: 13

Judge: R. Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ _____842.00_____ for services rendered and expenses in the amount of $ _____Zero_____ for a total of $ _____842.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____547.00_____ per month for _____15_____ months to allow for payment of the above fee.

*rev 8/1/15*

2