UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: nickfitz.law@gmail.com

In Re:

Jeanel N. Roman

Case No.: 22-14013

Chapter: 13

Adv. No.:

Hearing Date:

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Jeanel N. Roman__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __April 11, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Amendment to Schedule E/F

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 11, 2024

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeanel N Roman<br>28 Tappan Avenue<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AT&T Bankruptcy Center<br>2270 Lakeside Blvd, 7th Floor<br>Richardson, TX 75082 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2