UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq./NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

Jeanel N. Roman

Case No.: 22-14013

Chapter: 13

Adv. No.:

Hearing Date:

Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nicholas Fitzgerald, Esq. , who represents Jeanel N. Roman in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 11, 2025 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Granting Supplemental Chapter 13 Fees

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 11, 2025

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeanel N Roman<br>28 Tappan Avenue<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |