| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Marie-Ann Greenberg MAG-1284** <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> **Chapter 13 Standing Trustee** | |
| IN RE: <br><br> JEANEL N ROMAN | Case No.: 22-14013 <br><br> Adv. No.: <br><br> Hearing Date:  06/04/2025 <br><br> Judge:  MEH |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/08/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor: <br>
JEANEL N ROMAN <br>
28 TAPPAN AVENUE <br>
BELLEVILLE, NJ  07109 <br>
Mode of Service:  Regular Mail

Attorney for Debtor(s): <br>
FITZGERALD & ASSOCIATES PC <br>
649 NEWARK AVE <br>
JERSEY CITY, NJ  07306 <br>
Mode of Service:  ECF and/or Regular Mail

Dated:  May 08, 2025                     By:  /S/  Sheila Alvarado <br>
                                                                Sheila Alvarado