Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14013−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanel N Roman
   28 Tappan Avenue
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−5178

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/4/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 4, 2025
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14013-MEH |
| Jeanel N Roman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanel N Roman, 28 Tappan Avenue, Belleville, NJ 07109-2668 |
| cr | + | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa, FL 33694-0514 |
| 519847232 | | Belleville Board of Education, Food Service, 56 Ralph Street, Belleville NJ 07109 |
| 519847233 | + | Essex County Division of, Family Assistance & Benefits, 50 South Clinton Street, East Orange, NJ 07018-3120 |
| 519583841 | + | LA Fitness Personal Trainer, LA Fitness, PO Box 54170, Irvine, CA 92619-4170 |
| 519847234 | + | North Bergen Municipal Court, 4225 Bergen Turnpike, North Bergen, NJ 07047-2511 |
| 519583856 | + | Tanner Hospital, 601 Dallas Hwy,, Villa Rica, GA 30180-1202 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519583830 | + | Email/Text: legal@arsnational.com | Jun 04 2025 20:45:00 | ARS National Services inc, PO Box 469100, Escondido, CA 92046-9100 |
| 520220986 | + | EDI: ATTWIREBK.COM | Jun 05 2025 00:29:00 | AT&T Bankruptcy Center, 2270 Lakeside Blvd, 7th Floor, Richardson, TX 75082-4304 |
| 520220987 | | EDI: ATTWIREBK.COM | Jun 05 2025 00:29:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 519583827 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 04 2025 20:48:50 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519814630 | + | EDI: MAXMSAIDV | Jun 05 2025 00:29:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519735262 | + | EDI: MAXMSAIDV | Jun 05 2025 00:29:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519583828 | | Email/Text: bankruptcydepartment@tsico.com | Jun 04 2025 20:46:00 | Alltran Financial LP, Po Box 4044, Concord, CA 94524-4044 |
| 519641514 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 21:00:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519583829 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 20:48:51 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519583836 | | Email/Text: customercareus@creditcorpsolutionsinc.com Jun 04 2025 20:44:00 | | Credit Corp Solutions Inc, 121 W Election Road Ste 200, Draper, UT 84020 |
| 519583831 | + | EDI: CAPITALONE.COM | Jun 05 2025 00:29:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519629640 | + | EDI: AIS.COM | Jun 05 2025 00:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519584810 | + | Email/Text: bankruptcy@cavps.com Jun 04 2025 20:46:00 | | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519583832 | + | EDI: CITICORP | Jun 05 2025 00:29:00 | Citibank Na, Po Box 769006, San Antonio, TX 78245-9006 |
| 519583833 | + | EDI: WFNNB.COM | Jun 05 2025 00:29:00 | Comenity Bank Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 519583834 | + | EDI: WFNNB.COM | Jun 05 2025 00:29:00 | Comenity Bank/Century 21, PO Box 182125, Columbus, OH 43218-2125 |
| 519583835 | + | EDI: CCS.COM | Jun 05 2025 00:29:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519583843 | | EDI: CITICORP | Jun 05 2025 00:29:00 | Macysdsnb, Po Box 8218, Mason, OH 45040 |
| 519636812 | | EDI: Q3G.COM | Jun 05 2025 00:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519583837 | + | EDI: MAXMSAIDV | Jun 05 2025 00:29:00 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 519583838 | + | EDI: DISCOVER | Jun 05 2025 00:29:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519620992 | | EDI: DISCOVER | Jun 05 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519667233 | | Email/Text: ECMCBKNotices@ecmc.org Jun 04 2025 20:45:00 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 519583839 | + | Email/Text: crdept@na.firstsource.com Jun 04 2025 20:46:00 | | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519583840 | | EDI: CITICORP | Jun 05 2025 00:29:00 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 519583842 | + | Email/Text: BKNotice@ldvlaw.com Jun 04 2025 20:45:00 | | Lyons Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 519583845 | | Email/Text: ml-ebn@missionlane.com Jun 04 2025 20:44:00 | | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348 |
| 519583844 | | Email/Text: ml-ebn@missionlane.com Jun 04 2025 20:44:00 | | Mission Lane LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 519624685 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 04 2025 20:46:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519583848 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Jun 04 2025 20:44:00 | | Nissan Infiniti Lt, 8900 Freeport Pkwy, Irving, TX 75063 |
| 519645961 | + | EDI: JEFFERSONCAP.COM | Jun 05 2025 00:29:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519583846 | | Email/Text: bankruptcydepartment@tsico.com Jun 04 2025 20:46:00 | | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519583847 | + | Email/PDF: Bankruptcy_Prod@mohela.com Jun 04 2025 20:48:49 | | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 519660525 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jun 04 2025 20:44:00 | | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO |

Case 22-14013-MEH   Doc 73   Filed 06/06/25   Entered 06/07/25 00:15:13   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 9013, Addison, Texas 75001-9013 |
| 519583849 | + | Email/Text: bnc@nordstrom.com | Jun 04 2025 20:45:22 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 519643841 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2025 20:44:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519665234 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2025 20:44:00 | PNC Bank, N.A., Attn: Bankruptcy Dept. 3232 Newmark Driv, Miamisburg OH 45342 |
| 519583850 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2025 20:44:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 519583851 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2025 20:44:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 519620681 | | EDI: Q3G.COM | Jun 05 2025 00:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519583852 | + | Email/Text: ngisupport@radiusgs.com | Jun 04 2025 20:44:00 | Radius Global Solutions LLC, 7831 Glenroy Road Suite 250A, Minneapolis, MN 55439-3117 |
| 519583854 | + | EDI: SYNC | Jun 05 2025 00:29:00 | Syncb/Pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 519666828 | ^ | MEBN | Jun 04 2025 20:37:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519584353 | + | EDI: AISACG.COM | Jun 05 2025 00:29:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519583855 | + | EDI: SYNC | Jun 05 2025 00:29:00 | Synchrony Bank TJX, PO BOX 965064, Orlando, FL 32896-5064 |
| 519583857 | + | EDI: WTRRNBANK.COM | Jun 05 2025 00:29:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519583853 | ##+ | SRA Associates, 112 W Park Drive Suite 200, Mount Laurel, NJ 08054-1261 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Jeanel N Roman fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5