Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

        Case No.: 22−14013−TBA
        Chapter: 13
        Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeanel N Roman
  28 Tappan Avenue
  Belleville, NJ 07109

Social Security No.:
  xxx−xx−5178

Employer's Tax I.D. No.:

---

**FINAL DECREE**


    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 15, 2025</u>              <u>MARK E HALL</u>
                                      Judge, United States Bankruptcy Court